UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

------------------------------- x

HILLARY P. TOMACK and MICHAEL J. TOMACK,

    Plaintiffs,

-against-

EXPECT REALTY INC., FIRST ESCROW ONE LLC, JOHNATHAN KAINE, BILLY HAYES, and DAVID TODD,

    Defendants.

------------------------------- x

CIVIL ACTION
DOCKET NO. 24-cv-10660

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Hillary P. Tomack and Michael J. Tomack and Defendant First Escrow One LLC, by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed without prejudice, with each party bearing its own attorneys' fees, costs, and expenses. The parties also withdraw and terminate all pending motions submitted in this action.

This Stipulation may be executed in counterparts and by facsimile and may be filed without further notice with the Clerk of the Court.

Dated: May 19, 2025

**RUSKIN MOSCOU FALTISCHEK, P.C.**

By: /s/ Thomas A. Telesca
    Thomas A. Telesca
    *Attorney for Plaintiffs*
    1425 RXR Plaza
    East Tower, 15th Floor
    Uniondale, New York 11556
    (516) 663-6600

**BARRON & NEWBURGER P.C.**

By: /s/ Mitchell L. Williamson
    Mitchell L. Williamson
    *Attorney for Defendant First Escrow One LLC*
    458 Elizabeth Avenue
    Suite 5371
    Somerset, New Jersey 08873
    (732) 630-5970

**SO ORDERED**

_____
Robert Kirsch, U.S.D.J.
Date: May 20, 2025

## **PROOF OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing Joint Stipulation of Dismissal without Prejudice was served on May 19, 2025 on all counsel or parties of record listed below:

Expect Realty Inc.
1 Union Street
Boston, Massachusetts 02108

Jonathan Kaine
c/o Expect Realty Inc.
1 Union Street
Boston, Massachusetts 02018

Billy Hayes
c/o Expect Realty Inc.
1 Union Street
Boston, Massachusetts 02018

David Todd
c/o Expect Realty Inc.
1 Union Street
Boston, Massachusetts 02018

Mitchell L. Williamson
*Attorney for Defendant First Escrow
One LLC*
458 Elizabeth Avenue
Suite 5371
Somerset, New Jersey 08873

                                                  */s/ Thomas A. Telesca*
                                                  Thomas A. Telesca, Esq.